**Richard G. POWELL, Appellant,**

v.

**Charlene Sue POWELL, Respondent.**

No. WD 49915.

Missouri Court of Appeals, Western District.

Jan. 16, 1996.

Bryan E. Martin, Blue Springs, for appellant.

Gary Kevin Patton, Liberty, for respondent.

Before ELLIS, P.J., and HANNA and SPINDEN, JJ.

## ORDER

PER CURIAM.

Richard G. Powell appeals the decree of dissolution entered by the circuit court on July 19, 1994. He complains of the circuit court's distribution of property and assignment of debt and its awarding his former wife $500 a month in maintenance. We affirm. Discerning no jurisprudential value in publishing an opinion, we issue this summary order. Rule 84.16(b). We have issued to the parties a memorandum explaining our order.